888

No. 487, Misc.  SZABO *v.* CONNECTICUT ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 488, Misc.  SANDERSON *v.* THOMAS, WARDEN. Court of Appeals of Kentucky.  Certiorari denied.

No. 493, Misc.  DAVISON *v.* GLADDEN, WARDEN.  Supreme Court of Oregon.  Certiorari denied.

No. 496, Misc.  COLEMAN *v.* NEW JERSEY.  Supreme Court of New Jersey.  Certiorari denied.

No. 503, Misc.  ALLENDE *v.* NEW YORK.  Appellate Division, Supreme Court of New York, First Judicial Department.  Certiorari denied.

No. 504, Misc.  COLBERT *v.* NEW YORK.  Court of Appeals of New York.  Certiorari denied.

No. 508, Misc.  FERMIN *v.* DEPARTMENT OF EMPLOYMENT OF CALIFORNIA.  Supreme Court of California. Certiorari denied.

No. 509, Misc.  WHITNEY *v.* WAINWRIGHT, CORRECTIONS DIRECTOR.  Supreme Court of Florida.  Certiorari denied.

No. 511, Misc.  WILLIAMS *v.* TILLETT BROTHERS CONSTRUCTION CO., INC., ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 515, Misc.  JOHNSON *v.* UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Cox* for the United States.

No. 514, Misc.  SIMS *v.* NEW YORK.  C. A. 2d Cir. Certiorari denied.